IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEBAUCHE,

    Plaintiff,

v.

CORRECTIONAL OFFICER JAMES,
SGT. KINGSLAND AND JOHN DOES
1-100,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-553-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff David DeBauche leave to proceed and dismissing his claims against John Does 2-100; and

    (2) granting summary judgment in favor of Correctional Officer James and Sgt. Kingsland and dismissing this case.

| /s/ | 1/11/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |