IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEBAUCHE, PLAINTIFF

   V.                              CASE No: 13-CV-553-wmc

DAVID JAMES, et al, DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT [DAVID DEBAUCHE, PLAINTIFF IN THE ABOVE NAMED CASE,] HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 7TH CIRCUIT (FROM AN ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (dkt. #66), AND PLAINTIFF'S REMAINING MOTIONS (dkts. # 74, 75, 79, 80, 101, 105) ARE DENIED), ENTERED IN THIS ACTION ON THE 11TH DAY OF JANUARY, 2016.

DATED: 02FEB16

*David D. DeBauche*

DAVID D. DEBAUCHE
CCI, 498826
Box 900
PORTAGE, WI 53901

DEBAUCHE HAS NO ACCESS TO PART 28 OF THE U.S.C. OR THE U.S.C.A., THE UNITED STATES REPORTS, SUPREME COURT REPORTER (S. CT), U.S. SUPREME COURT REPORTS LAWYERS' EDITION, FED. REPORTS (F, F.2d, F.3d) DEBAUCHE IS NOT TRAINED IN LEGAL PROCEDURE, HAS BEEN CONTINUALLY DENIED ACCESS TO LEGAL REFERENCE MATERIALS, BOOKS, COURT CASES. DEBAUCHE DOES NOT KNOW IF HE HAS FILLED OUT THIS NOTICE OF APPEAL CORRECTLY BUT HE HAS DONE THE BEST HE CAN WITH WHAT HE HAS AT HIS DISPOSAL. MAILED 6FEB16

*David DeBauche*

DOC NO REC'D/FILED
2016 FEB 10 AM 11:04
PETER OPPENEER
CLERK US DIST COURT
WD OF WI